1 SONNY RAY HARDAWAY
2 P-45579 A5-07L
3 KERN VALLEY STATE PRISON
4 P.O. BOX 5101
5 DELANO, CA 93216
6 IN PRO SE

FILED
08 AUG -1 AM 11:50
RICHARD W. WIEKING
US DISTRICT COURT

$550

(PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SONNY RAY HARDAWAY,       CV 08   3677 WHA
    PLAINTIFF,            COMPLAINT FOR CONSPIRACY
  V.                      DISCRIMINATION, FRAUD,
JEREMY FOGEL,             HARASSMENT IN THE LAW,
    DEFENDANT.            RETALIATION AND TERRORISM

PLAINTIFF

INNOCENT INDIGENT BLACKMAN, BLACKPLAINTIFF MR.
SONNY RAY HARDAWAY WAS BORN AND RAISED IN KENNETT,
MISSOURI. BLACKPLAINTIFF HAS BEEN IN OAKLAND CALIFORNIA
SINCE 1975, WORKING HARD AND TAKING CARE OF HIS LOVELY
BLACK FAMILY. WAS WRONGLY ACCUSED, WRONGLY DETAINED,
WRONGLY ARRESTED, WRONGLY CONVICTED AND WRONGLY IMPRISONED.
BLACKPLAINTIFF IS UNDER THE AUTHORITY OF THE DEPARTMENT OF
CORRECTIONS, HE IS NOW INCARCERATED AT KERN VALLEY
STATE PRISON, WHICH IS IN THE COUNTY OF KERN, WHICH IS
IN THE STATE OF CALIFORNIA.

1

DEFENDANT

AT ALL TIMES MENTIONED IN THIS COMPLAINT DEFENDANT JEREMY A JUDGE IN THE CITY OF SAN JOSE, IN THE COUNTY OF SANTA CLARA, IN THE STATE OF CALIFORNIA.

STATEMENT OF CLAIM

ON OR ABOUT NOVEMBER 4, 2006 BLACK-PLAINTIFF RECEIVED A YELLOW ENVELOPE DATED 1-3-06. THERE WERE TWO DOCUMENTS IN THE ENVELOPE, ONE WAS A JUDGEMENT AND THE OTHER ONE, ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS. THE CASE WAS BLACK-PLAINTIFF'S CRIMINAL CASE, HARDAWAY V. YARBOROUGH, NO. C 02-4463 JF (PR).

THE WRIT OF HABEAS CORPUS HAS ELEVEN GROUNDS FOR RELIEF: 1) WRONGLY IDENTIFIED, 2) WRONGLY INTERROGATED, 3) INEFFECTIVE ASSISTANCE OF COUNSEL, 4) DENIED SELF-REPRESENTATION, 5) PROSECUTOR MISCONDUCT, 6) INEFFECTIVE COURT INVESTIGATOR, 7) JUDGE MISCONDUCT, 8) JURY MISCONDUCT, 9) INSUFFICIENT EVIDENCE, 10) NEWLY DISCOVERED EVIDENCE, AND 11) INEFFECTIVE APPELLATE COUNSEL.

THE PROSECUTORS CASE IN THE WRIT OF HABEAS CORPUS READ: ON 1-4-99 BLACK-PLAINTIFF AT A PAWN SHOP, THE PAWN SHOP CLOCK READ 40-MINUTES FAST AT 11:21 BLACK-PLAINTIFF HAD KENITRA GAYLE LEWIS FRAZIER TO PAWN HIS BRACELET, AND THE PAWN RECEIPT READ 12:01. THAT BLACK-PLAINTIFF WALKED TEN BLOCKS AND KIDNAPPED AND ASSAULTED JANE DOE.

BLACK-PLAINTIFFS CASE IN THE WRIT OF HABEAS CORPUS READ: ON 1-4-99 BLACK-PLAINTIFF AT A PAWN SHOP, THE PAWN SHOP CLOCK READ 19-

2

1. MINUTES FAST, AT 11:45 BLACK-PLAINTIFF HAD KENTRA GAYLE
2. LEWIS FRANCIS TO PAWN HIS BRACELET AND THE PAWN RECEIPT
3. READ 12:20. THEN BLACK-PLAINTIFF HADED RIGHT HOME, BUT
4. WAS STOPPED BY THE POLICE.
5.    BLACK-PLAINTIFF ASKED DEFENDANT FOGEL FOR TWO
6. EVIDENTIARY HEARINGS. BOTH TIMES DEFENDANT FOGEL DENIED
7. BLACK-PLAINTIFF AN EVIDENTIARY HEARING, BUT STATED THAT BLACK
8. PLAINTIFF PRESENTED HIS CRIMINAL CASE TO THE FULLEST.
9.    ON 7-25-06 BLACK-PLAINTIFF HAD A WRIT OF MANDATE/
10. PROHIBITION IN THE UNITED STATES COURT OF APPEALS, AND THE
11. COURT STATED THAT IF DEFENDANT FOGEL DO NOT MAKE AN
12. ORDER ON THE WRIT IN 90-DAYS THAT BLACK-PLAINTIFF IS TO FILE
13. ANOTHER WRIT OF MANDATE/PROHIBITION. DEFENDANT FOGEL HAD
14. UNTIL 10-25-06 TO MAKE AN ORDER ON THE WRIT OF HABEAS CORPUS
15. BUT REFUSE TO OBEY THE UNITED STATES COURT OF APPEALS ORDER.
16.    10-30-06 BLACK-PLAINTIFF MAILED TO THE U.S. COURT OF APPEALS
17. FOR THE NINTH CIRCUIT, AND TO DEFENDANT FOGEL, PROOF OF
18. SERVICE, AND A PETITION FOR WRIT OF MANDATE/PROHIBITION.
19.    11-2-06 DEFENDANT FOGEL DISMISSED THE WRIT OF
20. HABEAS CORPUS, HE STATED: ① THE IN-FIELD IDENTIFICATION
21. WAS RELIABLE. ② EVEN IF PETITIONS RIGHT TO COUNSEL
22. WAS VIOLATED DURING THE INTERVIEW THEIR WAS NO INCRIMINATING
23. STATEMENTS. ③ PETITION HAS NOT SHOWN THAT COUNSEL'S
24. PERFORMANCE PREJUDICED HIS ABILITY TO OBTAIN A FAIR
25. PRELIMINARY HEARING OR TRIAL. ④ THIS COURT FINDS NO MERIT
26. TO THE CLAIM. ⑤ THE RECORD DOES NOT SHOW THAT THE
27. PROSECUTOR EVER ANSWERED ANY QUESTIONS FROM THE JURY.
28. ⑥ PETITIONER HAS FAILED TO ALLEGE ANY INSTANCES OF JUDICIAL

MISCONDUCT WHICH RENDERED HIS TRIAL FUNDAMENTALLY UNFAIR. ⑦ THERE IS NO EVIDENCE THAT ANY JUROR EVER SPOKE WITH THE PROSECUTOR. ⑧ THE REJECTION OF THE CLAIM WAS NOT CONTRARY TO FEDERAL LAW. ⑨ PETITIONER HAS NOT ESTABLISHED THAT RELEVANT EVIDENCE EXIST. AND ⑩ PETITIONERS CLAIMS ARE WITHOUT MERIT.

LEGAL CLAMS

[illegible] FEGEL

DEFENDANT IS BEING SUED [illegible] GVMOT[illegible] FOR [illegible] [illegible] [illegible] RETALIATION [illegible] [illegible] [illegible] [illegible] CORPUS [illegible] BLACK [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

[illegible] BLACK PLAINTIFF FILED THE WRIT OF MANDATE / PROHIBITION AGAINST DEFENDANT IN THE NINTH CIRCUIT COURT, DEFENDANT DECIDED TO DO THE WRONG THING. DEFENDANT ACTIONS ARE THOSE OF A FILTHY NASTY SICK RACIST. DEFENDANT IS A HYPOCRITE AND IS NOT ALLOWED TO IS [illegible] JUDGE IN ANY CASE THAT HAS TO DO WITH THE BLACK RACE, BLACK MEN, BLACK WOMEN AND LITTLE INNOCENT BLACK CHILDREN.

DOING WRONG IS FOR SINNERS, COWARDS, DEVILS, LIARS, CHEATERS, ROBBERS, PAGANS, KILLERS, FORNICATORS, CHILD MOLESTERS AND DULTERES. IF YOU BREAK ONE LAW THEN YOU HAVE AND WILL

1 BREAK EVERY LAW. DEFENDANT HAS NOT FEARED TO BREAK GOD'S LAW
2 AND THAT IS DISRESPECT TO GOD. GOD GAVE HIM A MOTHER, FATHER,
3 KIDS AND A JOB TO DO ONLY JUSTICE, TO MAKE FAIR DECISIONS
4 IN A COURT OF LAW. DEFENDANT IS ONE WHO REFUSE TO DO
5 WHAT IS RIGHT.
6 CA. CONST. ART. I. §
7 U.S. CONST AMEND).

## RELIEF CLAIMS

11 WHEREFORE, BLACKPLAINTIFF PRAYS A JUDGMENT AGAINST DEFENDANT.
12 1. FOR THE SUM OF $50,000.00 TO BLACKPLAINTIFF FROM
13 DEFENDANT FOGEL.
14 2. DOUBLE IN PUNITIVE DAMAGES TO BLACKPLAINTIFF FROM
15 DEFENDANT FOGEL.
16 3. DEFENDANT FOGEL PAY FOR THE COST OF THIS LAWSUIT.
17 4. A JURY TRIAL IS REQUESTED ON ALL ISSUES
18 5. FOR ANY OTHER AND FURTHER RELIEF THAT THE COURT
19 DEEM PROPER.

21 DATED: 7/23/08

24 Mr. Sonny Ray Hardwary
25 Mr. Sonny Ray Hardwary
26         PRO P.K.

5

UNITED STATES DISTRICT COURT
DISTRICT OF CALIFORNIA

| BONNY RAY HARDAWAY PLAINTIFF(S) vs. JERMEY FOGAL DEFENDANTS(S) | CASE NUMBER CV- |
|---|---|
| | SUMMONS |

TO THE ABOVE-NAMED DEFENDANT(S), You are hereby summoned and required to file with this court and serve upon

BONNY RAY HARDAWAY
P.O. BOX 921
IMPERIAL, CA 92251

(IN PRO PER)

Plaintiff's attorney, whose address is:

an answer to the complaint which is herewith served upon you within ____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

DATE: _____

CLERK, U.S. DISTRICT COURT

By _____
      Deputy Clerk

(SEAL OF THE COURT)

SUMMONS

CV-1A (1/87)

| Short Title: HARDAWAY v. FOGEL | Court Case No: |
|---|---|

# Proof of Service By Mail

I am over the age of 18 and a party/not a party (mark one out) to the cause.

I am a resident of or employed in the county where the mailing occurred. My residence or business address is (specify): CENTINELA STATE PRISON (I.D. # P-45579) 2302 BROWN ROAD P.O. BOX 921 IMPERIAL, CA. 92251

I served the attached: SUMMONS, CIVIL CASE COVER SHEET, COMPLAINT

By enclosing true copies in a sealed envelope addressed to each person whose name and address is given below and depositing the envelopes in the United States mail with the postage fully prepaid. in the County of Imperial.

Date of deposit: 7/23/ , 2008

NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

COURT CLERK, U.S.D.C., N.D. OF CA, 280 S. FIRST # 3035 SAN JOSE, CA 95113

I certify under penalty of perjury that the foregoing is true and correct.

DATE: 7/25/08

TON. RAY HARDAWAY
(TYPE OR PRINT NAME)

Tommy Ray Hardaway
(SIGNATURE OF DECLARANT)