FILED
08 AUG 15 PM 12:29
[CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BONNY RAY HARDAWAY,
　　　　　　　　　　　Plaintiff,

vs.

JEREMY FOGEL,
　　　　　　　　　　　Defendant.

CASE NO. CV-08-3677-WHA (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, PLAINTIFF, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.　　Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ___∅___  Net: ___∅___

Employer: _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS　　　　- 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  1-10-07, 15¢ AN HOUR, $20.00 A MONTH, AT KERN VALLEY
5  STATE PRISON, P.O. BOX 5102, DELANO, CA 93216
6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or                      Yes ___  No ✓
10           self employment
11      b.   Income from stocks, bonds,                   Yes ___  No ✓
12           or royalties?
13      c.   Rent payments?                               Yes ___  No ✓
14      d.   Pensions, annuities, or                      Yes ___  No ✓
15           life insurance payments?
16      e.   Federal or State welfare payments,           Yes ___  No ✓
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.    Are you married?                                Yes ✓  No ___
24  Spouse's Full Name: EARLENE LEATHA WHITE
25  Spouse's Place of Employment: N/A
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ N/A                    Net $ N/A
28  4.    a.    List amount you contribute to your spouse's support:$ ∅

1      b.      List the persons other than your spouse who are dependent upon you for
2            support and indicate how much you contribute toward their support. (NOTE:
3            For minor children, list only their initials and ages. DO NOT INCLUDE
4            THEIR NAMES.).
5 _____
6 _____
7 5.     Do you own or are you buying a home?      Yes ____ No ✓
8 Estimated Market Value: $ ⊗     Amount of Mortgage: $ ⊗
9 6.     Do you own an automobile?      Yes ____ No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ____ No ____ If so, Total due: $ ⊗
12 Monthly Payment: $ ⊗
13 7.     Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ ⊗
17 Do you own any cash? Yes ____ No ✓ Amount: $ ⊗
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No ✓
20 _____
21 8.     What are your monthly expenses?
22 Rent: $ ⊗                Utilities: ⊗
23 Food: $ ⊗                 Clothing: ⊗
24 Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| 25 | | |
| 26 _____ | $ ⊗ | $ ⊗ |
| 27 _____ | $ ⊗ | $ ⊗ |
| 28 _____ | $ ⊗ | $ ⊗ |

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  _____
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___  No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  8-9-08                              MR Bonny Ray Hardaway
17    DATE                               SIGNATURE OF APPLICANT

Case Number: CV-08-3677-WHA (PR)

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
[prisoner name]
_____ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____                    _____
                                    [Authorized officer of the institution]

```
REPORT ID: TS3030 .701                                    REPORT DATE: 08/11/08
                                                          PAGE NO:         2
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                             CENTINELA STATE PRISON
                         INMATE TRUST ACCOUNT STATEMENT

             FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 11, 2008

ACCT: P45579        ACCT NAME: HARDAWAY, SONNY RAY         ACCT TYPE: I

                           TRUST ACCOUNT SUMMARY

BEGINNING     TOTAL        TOTAL       CURRENT    HOLDS       TRANSACTIONS
BALANCE       DEPOSITS     WITHDRAWALS BALANCE    BALANCE     TO BE POSTED
---------     --------     ----------- -------    -------     ------------
   0.00         0.00          0.00       0.00      41.80         0.00

                                              CURRENT
                                             AVAILABLE
                                              BALANCE
                                             ---------
                                              41.80-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE

```
REPORT ID: TS3030  .701                                                    REPORT DATE: 08/11/08
                        CALIFORNIA DEPARTMENT OF CORRECTIONS                    PAGE NO:       1
                              CENTINELA STATE PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 11, 2008

ACCOUNT NUMBER : P45579                      BED/CELL NUMBER: FCB2T1000000124L
ACCOUNT NAME   : HARDAWAY, SONNY RAY         ACCOUNT TYPE: I
PRIVILEGE GROUP: A            TRUST ACCOUNT ACTIVITY

         << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                           CURRENT HOLDS IN EFFECT

 DATE        HOLD
PLACED       CODE     DESCRIPTION           COMMENT              HOLD AMOUNT
-------      ----     -----------           -------              -----------
04/17/2008   H107     POSTAGE HOLD          6147 RGPOS                  1.48
04/17/2008   H107     POSTAGE HOLD          6147 RGPOS                  1.48
07/15/2008   H118     LEGAL COPIES HOLD     0339 07/14                  3.80
07/15/2008   H118     LEGAL COPIES HOLD     0339 07/14                  2.20
07/15/2008   H118     LEGAL COPIES HOLD     0339 07/14                  0.90
07/15/2008   H109     LEGAL POSTAGE HOLD    0339 07/14                  1.60
07/15/2008   H109     LEGAL POSTAGE HOLD    0341 07/14                  0.45
07/15/2008   H109     LEGAL POSTAGE HOLD    0341 07/14                  0.15
07/15/2008   H109     LEGAL POSTAGE HOLD    0341 07/14                  0.30
07/16/2008   H109     LEGAL POSTAGE HOLD    0364 07/14                  1.34
07/16/2008   H109     LEGAL POSTAGE HOLD    0364 07/14                  1.00
07/16/2008   H109     LEGAL POSTAGE HOLD    0364 07/14                  1.51
07/16/2008   H109     LEGAL POSTAGE HOLD    0364 07/14                  1.34
07/17/2008   H109     LEGAL POSTAGE HOLD    0398 07/14                  1.34
07/17/2008   H109     LEGAL POSTAGE HOLD    0398 07/14                  1.34
07/22/2008   H118     LEGAL COPIES HOLD     0481 07/21                  7.40
07/22/2008   H118     LEGAL COPIES HOLD     0481 07/21                  0.40
07/22/2008   H109     LEGAL POSTAGE HOLD    0482 07/21                  0.30
07/22/2008   H109     LEGAL POSTAGE HOLD    0482 07/21                  2.19
07/23/2008   H109     LEGAL POSTAGE HOLD    0550 07/21                  1.00
07/23/2008   H109     LEGAL POSTAGE HOLD    0550 07/21                  1.00
07/23/2008   H109     LEGAL POSTAGE HOLD    0550 07/21                  1.85
07/25/2008   H109     LEGAL POSTAGE HOLD    0617 07/23                  1.17
08/04/2008   H118     LEGAL COPIES HOLD     0739 07/30                  0.20
08/04/2008   H118     LEGAL COPIES HOLD     0739 07/30                  1.60
08/04/2008   H118     LEGAL COPIES HOLD     0748 07/30                  0.20
08/04/2008   H109     LEGAL POSTAGE HOLD    0748 07/30                  0.15
08/04/2008   H109     LEGAL POSTAGE HOLD    0748 07/30                  0.15
08/04/2008   H109     LEGAL POSTAGE HOLD    0748 07/30                  1.00
08/04/2008   H109     LEGAL POSTAGE HOLD    0748 07/30                  1.34
08/04/2008   H109     LEGAL POSTAGE HOLD    0748 07/30                  1.17
```

[Stamp: "THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE. ATTEST: CALIFORNIA DEPARTMENT OF CORRECTIONS BY _____ TRUST OFFICE" with signature and seal]

If you are a prisoner you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __HARDAWAY, SONNY__
(NAME OF INMATE)

__P45579__
(INMATE'S CDC NUMBER)

has the sum of $ __∅__ on account to his/her credit at

__CENTINELA STATE PRISON__
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __∅__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __∅__,

and the *average monthly deposits* to the applicant's account was $ __∅__.

ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

__8/11/08__
DATE

_[signature]_
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__MONICA PRECIADO__
OFFICER'S FULL NAME (PRINTED)

__ACCOUNT CLERK II__
OFFICER'S TITLE/RANK

CIV-67 (Rev. 9/97)   -4-   K:\COMMON\FORMS\CIV-67.

$01.17 PITNEY BOWES
AUG 12 2008
02 1A
0004365231
MAILED FROM ZIP CODE 92251

GENERATED FROM
CENTINELA STATE PRISON

RECEIVED
AUG 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CONFIDENTIAL
LEGAL MAIL

United States District Court
Northern District
450 Golden Gate Avenue
16th Floor #1111
San Francisco, CA. 94102

BONNIE RAY RAMSAY
J-45379 C21-24L
CENTINELA STATE PRISON
P.O. BOX 921
IMPERIAL, CA 92251